PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KULVIR SINGH CHEEMA,<br><br>Defendant. | CASE NO. 2:16-CR-00070 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: March 17, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Kulvir Singh Cheema, by and through counsel Rattan Dhaliwal, hereby agree and stipulate as follows:

1. On February 10, 2017, the Court set this case for a status conference on March 17, 2017. ECF No. 12. To date, the government has produced more than 6,000 pages of discovery. The government has also made other discovery materials available for inspection by the defendant and defense counsel. Defense counsel seeks additional time to investigate the allegations in the indictment and to continue the review of discovery materials. This investigation is necessary for effective preparation for trial.

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the March 17, 2017, status conference, and set the case for a status conference on May 26, 2017, at 9:00 a.m. The parties agree that the interests of justice served by continuing the case to

May 26, 2017, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from March 17, 2017, through May 26, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  March 15, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  March 15, 2017

/s/ RATTAN DHALIWAL
RATTAN DHALIWAL
Counsel for Defendant
Kulvir Singh Cheema

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The status conference on March 17, 2017 is VACATED, and reset for May 26, 2017 at 9:00 a.m.  The Court specifically finds that the failure to grant a continuance and exclude the time between March 17, 2017, and May 26, 2017, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from March 17, 2017, to and including May 26, 2017, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  March 15, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge