RATTAN DEV S. DHALIWAL
DHALIWAL LAW GROUP, INC.
2005 De La Cruz Blvd., Suite 185
Santa Clara CA 95050
Telephone: (408) 988-7722
Facsimile: (408) 988-3345

Attorneys for Defendant
Kulvir S. Cheema

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00070 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER GRANTING DEFENDANT PERMISSION TO VISIT HIS AILING MOTHER IN INDIA |
| v. | |
| KULVIR SINGH CHEEMA, | DATE: N/A |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Kulvir Singh Cheema, by and through counsel Rattan Dhaliwal, hereby agree and stipulate as follows:

1. Kulvir Singh Cheema's mother is ailing in India and she wants to see her son before she passes away. Cheema seeks the Court's permission to travel to India to visit his mother. The requested trip will not exceed 3 weeks. Cheema will comply with any conditions imposed by the Court and Pretrial Services.

2. Cheema's passport is in the custody of Court. Further, the passport is expired. He will need to renew the passport before traveling. Cheema requests the return of his expired passport, and permission to apply for a renewed passport.

3. Cheema provided the United States with copies of medical records, and represented that the records demonstrate that his mother is in poor health. Based on Cheema's representation regarding the condition of his mother, and subject to any conditions imposed by the Court and the assigned Pretrial

Services officer, the United States does not object to Cheema's request for permission to travel to India for 3 weeks for the purpose of visiting his ailing mother.

**IT IS SO STIPULATED.**

Dated: November 7, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: November 7, 2017

/s/ RATTAN DHALIWAL
RATTAN DHALIWAL
Counsel for Defendant
Kulvir Singh Cheema

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Defendant Kulvir Singh Cheema is granted permission to travel to India to visit his ailing mother for a period of 3 weeks. Pretrial Services shall return Mr. Cheema's passport to him on the date of the filing of the Court's order. Mr. Cheema may apply for and obtain a new passport for the purpose of traveling to India. Mr. Cheema must return to the United States three weeks after his departure, but in no event later than February 7, 2018, and must check in with and surrender his passport to his Pretrial Services officer within 24 hours of returning to the United States.

IT IS SO ORDERED.

Dated: November 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE