UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-70 GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER VACATING RULE 12 MOTION HEARING DATE** |
| KULVIR SINGH CHEEMA, | |
| Defendant. | |

On February 8, 2018, the United States filed a request for an order vacating the February 9, 2018 motion hearing date for motions governed by Rule 12 of the Federal Rules of Criminal Procedure since no motion has been filed in accordance with the prescribed briefing schedule for such motions. The request is granted.

Dated: January 7, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1