HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KULVIR CHEEMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-070 GEB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDE TIME; |
| vs. | ) [PROPOSED] ORDER |
| KULVIR CHEEMA | ) Date: February 8, 2019 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian A. Fogerty, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorneys for Kulvir Cheema, that the status conference scheduled for February 8, 2019 be vacated and continued to March 1, 2019 at 9:00 a.m.

The reasons for the continuance are that this case has been reassigned to Matthew C. Bockmon on January 11, 2019. Mr. Bockmon requires additional time to meet and confer with the client, time to review the case file and to conduct further research and discovery review. On January 29, 2019, the Government provided several disks of discovery that had been previously provided to Cheema's prior counsel.

Government counsel does not have any objection to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
Stipulation/[Proposed] Order to
Continue Status Conference

1

excluded from the date of the parties stipulation through and including March 1, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 30, 2019      Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Matthew C. Bockmon*
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for KULVIR CHEEMA

DATED: January 30, 2019      MCGREGOR W. SCOTT
    United States Attorney

    */s/ Brian A. Fogerty*
    BRIAN A. FOGERTY
    Assistant United States Attorney
    Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date of the parties stipulation up to and including March 1, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 8, 2019 status conference shall be continued until March 1, 2019, at 9:00 a.m.

Dated: January 31, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge