McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KULVIR SINGH CHEEMA,<br><br>                              Defendant. | CASE NO.  2:16-CR-70 MCE<br><br>ORDER AUTHORIZING DISCLOSURE OF GRAND JURY TESTIMONY |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i): IT IS HEREBY ORDERED that the United States is authorized to disclose to the defendant grand jury transcripts and accompanying exhibits related to this case to the extent those materials are discoverable pursuant to the United States' discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and/or the Jencks Act, 18 U.S.C. § 3500.

IT IS SO ORDERED.

Dated:  April 28, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE