LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KULVIR SINGH CHEEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KULVIR SINGH CHEEMA,<br><br>　　　　　　Defendant. | Case No.: 2:16-cr-070 MCE<br><br>ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Morrison C. England, Jr.<br><br>Date:　　May 20, 2021<br>Time:　　10:00 a.m. |

      This matter is presently set for a Status as to Sentencing on May 20, 2021. The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Brian A. Fogerty and Attorney Todd D. Leras on behalf of Defendant Kulvir Cheema, submit this request to set a Pre-Sentence Investigation Report (PSR) Disclosure Schedule and a Judgment and

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

Sentencing Hearing on September 23, 2021.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: August 12, 2021;

2. Informal Objections to Draft PSR: August 26, 2021;

3. Final PSR Date: September 2, 2021;

4. Motion for Correction Date: September 9, 2021; and

5. Reply Date: September 16, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: May 17, 2021

By  */s/ Todd D. Leras for*
BRIAN A. FOGERTY
Assistant United States Attorney

DATED: May 17, 2021

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KULVIR SINGH CHEEMA

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

# ORDER

The Status of Sentencing Hearing for this matter, set for May 20, 2021, is vacated. The Judgment and Sentencing Hearing in this matter is set on September 23, 2021, at 10:00 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

Dated: May 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE