LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KULVIR SINGH CHEEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULVIR SINGH CHEEMA,<br><br>Defendant. | Case No.: 2:16-cr-00070-MCE<br><br>**ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE**<br><br>Court:   Hon. Morrison C. England, Jr.<br>Date:    September 23, 2021<br>Time:    10:00 a.m. |

      This matter is presently set for a Status as to Sentencing on September 23, 2021.  The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Brian A. Fogerty and Attorney Todd D. Leras on behalf of Defendant Kulvir Cheema, submit this request to set a Pre-Sentence Investigation Report (PSR) Disclosure Schedule and a

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

Judgment and Sentencing Hearing on December 16, 2021.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date:  November 4, 2021;

2. Informal Objections to Draft PSR:  November 18, 2021;

3. Final PSR Date:   November 24, 2021;

4. Motion for Correction Date:  December 2, 2021; and

5. Reply Date:  December 9, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  September 17, 2021

By     */s/ Todd D. Leras for*    
BRIAN A. FOGERTY  
Assistant United States Attorney

DATED: September 17, 2021

By     */s/ Todd D. Leras*    
TODD D. LERAS  
Attorney for Defendant  
KULVIR SINGH CHEEMA

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Status of Sentencing Hearing for this matter, set for September 23, 2021, is **VACATED.** The Judgment and Sentencing Hearing in this matter is **SET** on **December 16, 2021, at 10:00 a.m**. The Court **ADOPTS** the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

Dated: September 20, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE