LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KULVIR SINGH CHEEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KULVIR SINGH CHEEMA,<br><br>          Defendant. | Case No.: 2:16-cr-070 WBS<br><br>STIPULATION AND ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. William B. Shubb |

      This matter was scheduled for a Sentencing Hearing before Senior United States District Judge Morrison C. England, Jr., on December 16, 2021.  The Chief Judge reassigned the matter to this Court, by Minute Order dated November 9, 2021 (ECF Entry 73).  The Reassignment Order also directed the parties to reschedule the matter before this Court.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

The parties request to set a Judgment and Sentencing Hearing on April 4, 2022, at 9:00 a.m., and to set a Pre-Sentence Investigation Report (PSR) schedule.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date:  February 21, 2022;

2. Informal Objections to Draft PSR:  March 7, 2022;

3. Final PSR Date:   March 14, 2022;

4. Motion for Correction Date:  March 21, 2022; and

5. Reply Date:  March 28, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  December 9, 2021

By    */s/ Todd D. Leras for*
BRIAN A. FOGERTY
Assistant United States Attorney

DATED: December 9, 2021

By    */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KULVIR SINGH CHEEMA

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is set on **April 4, 2022, at 9:00 a.m.** The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  DECEMBER 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE