LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KULVIR SINGH CHEEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KULVIR SINGH CHEEMA,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-070 WBS<br><br>STIPULATION AND ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　Hon. William B. Shubb<br>Date:　April 4, 2022<br>Time:　9:00 a.m. |

　　　　The parties request to continue the Sentencing Hearing in this matter to June 13, 2022, at 9:00 a.m., and to modify the Pre-Sentence Investigation Report (PSR) disclosure schedule.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: May 2, 2022;

2. Informal Objections to Draft PSR: May 16, 2022;

3. Final PSR Date: May 23, 2022;

4. Motion for Correction Date: May 30, 2022; and

5. Reply Date: June 6, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Brian Fogerty approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: March 29, 2022

By  */s/ Todd D. Leras for*
BRIAN A. FOGERTY
Assistant United States Attorney

DATED: March 29, 2022

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KULVIR SINGH CHEEMA

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to June 13, 2022, at 9:00 a.m.  The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  March 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE