LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KULVIR SINGH CHEEMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULVIR SINGH CHEEMA,<br><br>Defendant. | Case No.: 2:16-cr-070 WBS<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:   Hon. William B. Shubb<br>Date:    June 13, 2022<br>Time:    9:00 a.m. |

The parties request to continue the Sentencing Hearing in this matter to September 19, 2022, at 9:00 a.m., and to modify the Pre-Sentence Investigation Report (PSR) disclosure schedule.

ORDER SETTING SENTENCING HEARING AND PSR DISCLOSURE SCHEDULE

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: August 8, 2022;

2. Informal Objections to Draft PSR: August 22, 2022;

3. Final PSR Date: August 29, 2022;

4. Motion for Correction Date: September 5, 2022; and

5. Reply Date: September 12, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Elliot Wong approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: June 6, 2022

By  */s/ Todd D. Leras for*
ELLIOT WONG
Assistant United States Attorney

DATED: June 6, 2022

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KULVIR SINGH CHEEMA

## ORDER

The Sentencing Hearing in this matter is continued to September 19, 2022, at 9:00 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

Dated: June 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE